| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **RxSport Corp.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF PENNSYLVANIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **2947 Felton Road Partnership, LP c/o Eye Designs, LLC 220 W. 5th Avenue Trappe, PA 19426** | | commerical real estate lease arrearages | | | | **$34,691.51** |
| **Bochetto and Lentz Attn:  George Bochetto 1524 Locust Street Philadelphia, PA 19102** | gbochetto@bochettoandlentz.com 215-735-3900 | legal fees | | | | **$20,466.42** |
| **Custom Electrical LLC Attn:  David Groh 2412 Ridge Road Elverson, PA 19520** | 610-286-0406 | electrician charges | | | | **$14,513.89** |
| **David Segui c/o Geier Financial Management 2205 Warwick Way Suite 200 Marriottsville, MD 21104** | 443-472-4216 | loan | | | | **$75,000.00** |
| **Elite Enterprises of New York 247-44 90th Avenue Bellerose, NY 11426** | | unsecured receivable financing | | | | **$29,440.00** |
| **Everest Business Funding 5 West 37th Street 2nd Floor New York, NY 10018** | | unsecured receivable financing | | | | **$49,678.52** |
| **Forward Financing, LLC 36 Bromfield Street Second Floor Boston, MA 02108** | | unsecured receivable financing | | | | **$30,139.57** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **RxSport Corp.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Francis McLaughlin 416 Schoolhouse Road Pottstown, PA 19465** | | **unsecured loan** | | | | **$44,379.79** |
| **Gretz Beer Company 2801 E. Township Line Road Hatfield, PA 19440** | **Robert Gretz** **267-203-8974** | **prior commercial lease** | | | | **$12,500.00** |
| **Irving Falu C/Canario D16 Urb. Parque Ecuestre Carolina, PR 00987** | | **unsecured loan** | | | | **$15,000.00** |
| **Jay S. Brightman, CPA JB Financial Management 102 Conrad Lane North Wales, PA 19454** | **215-654-7940** | **accounting services** | | | | **$46,440.00** |
| **Kaplin Stewart Metloff Reiter & Stein P.O. Box 3037 Blue Bell, PA 19422** | **mkaplin@kaplaw.com 610-260-6000** | **legal fees** | | | | **$12,727.75** |
| **Law Office of Bonnie Ostrofsky 1417 Bethlehem Pike Flourtown, PA 19031** | **Info@GBOlaw.com 215-233-5344** | **legal fees** | | | | **$13,579.10** |
| **Leather Stocking 359 Delaware Co. Hwy 11 Oneonta, NY 13820** | **607-436-9082** | **wood supplier** | | | | **$19,999.76** |
| **MM Funding Group 114-116 Ditmas Avenue Brooklyn, NY 11218** | | **unsecured receivable financing** | | | | **$44,970.00** |
| **Pedro Feliz 6301 S. Hampshire Court Windermere, FL 34786** | | **unsecured loan** | | | | **$25,000.00** |
| **Pepper Hamilton 3000 Two Logan Square Eighteenth and Arch Streets Philadelphia, PA 19103** | **215-981-4000** | **legal fees** | | | | **$37,347.63** |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **RxSport Corp.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Resnick, Amsterdam, Leshner P.C. 653 Skippack Pike Suite 300 Blue Bell, PA 19422** | **215-628-8080** | **accounting services** | | | | **$51,185.00** |
| **Steve Harrington 8212 Saint Martins Lane Philadelphia, PA 19118-4121** | | **unsecured loan** | | | | **$100,000.00** |
| **Total Rental / The Party Center Attn:  Chris Caba 480 West Pothouse Road Phoenixville, PA 19460** | **sales@thepartycenter.com 610-935-8368** | **unsecured loan** | | | | **$49,749.92** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy