## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **RxSport Corp.**                                                                 Case No.  **19-10187**
Debtor(s)                                                              Chapter  **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Adam Sager**<br>1764 Chancery Court<br>Pottstown, PA 19465 | Common | 6.157206% | |
| **Ben Franklin Technology Partners of Sou**<br>**BFTP**<br>4801 Broad Street, Suite 200<br>The Navy<br>Philadelphia, PA 19112 | Common | .512877% | |
| **Charles B. Anderson**<br>710 S. Hanleyy Road<br>Apt. 12C<br>Saint Louis, MO 63105 | Common | 1.478740% | |
| **David Chandler**<br>7835 Winston Road<br>Philadelphia, PA 19118 | Common | 44.759474 | |
| **David L. Portman**<br>12017 Brookhollow Road<br>Oklahoma City, OK 73120 | Common | .482455% | |
| **Jacqueline Johnson**<br>1113 Larchmont<br>Oklahoma City, OK 73116 | Common | .874422% | |
| **James W. Redington, Jr.**<br>7430 York Drive<br>Saint Louis, MO 63105 | Common | 1.478740% | |
| **Jamie S. Colonnello**<br>6343 Alexander Drive<br>Saint Louis, MO 63105 | Common | 1.478740% | |
| **Joseph Szlavik**<br>363 Main Street<br>Suite 100<br>Harleysville, PA 19438 | Common | 2.958159% | |
| **Kenneth & Patricia Klossman**<br>1112 Bethel Church<br>Spring City, PA 19475 | Common | 1.237852% | |

In re: **RxSport Corp.**             Case No. **19-10187**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Kevin L. Johnson<br>4201 W. Memorial Road<br>#4205<br>Oklahoma City, OK 73134 | Common | 1.148044% | |
| La Potencia, LLC<br>225 NE Mizner Blvd. #685<br>Boca Raton, FL 33432 | Common | 22.714080% | |
| Matthew Pinkus<br>5940 Matilija Avenue<br>Valley Glen, CA 91401 | Common | 1.003923% | |
| Pedro Feliz<br>6103 S. Hampshire Court<br>Windermere, FL 34786 | Common | 4.919353% | |
| Randy Yucha<br>137 Barton Drive<br>Spring City, PA 19475 | Common | 2.368625% | |
| William Rogatz<br>1615 West Point Pike<br>Lansdale, PA 19446 | Common | 6.427310% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **February 7, 2019**      Signature **/s/ David Chandler**
                                                             **David Chandler**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.