**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | **:** | |
| | **:** | **CHAPTER 11** |
| **RxSPORT CORP.** | **:** | |
| | **:** | |
| **Debtor** | **:** | **CASE NO. 19-10187 (ELF)** |
| | **:** | |

**CONSOLIDATED OBJECTION OF 2947 FELTON ROAD
PARTNERSHIP TO THE MOTIONS OF THE DEBTOR RELATED
TO POST-PETITION FINANCING AND PAYMENT OF PRE-PETITION WAGES**

2947 FELTON ROAD PARTNERSHIP (the "Landlord"), by and through its counsel, Maschmeyer Marinas P.C., hereby objects to the Motions of RxSPORT CORP. (the "Debtor") for **(A)** Entry of a Final Order Authorizing the Debtor to (I) Obtain Post-Petition Financing Pursuant to Sections 364 and 363 of the Bankruptcy Code, (II) Enter Into Various Loan Documents, and (III) Granting Liens on Property of the Estate that Is Not Otherwise Subject to a Lien Pursuant to Section 364(c)(2) of Bankruptcy Code and Modifying the Automatic Stay to Implement the Financing Terms ("Motion for Authority to Obtain Post-Petition Financing"), and **(B)** Authority to Pre-Petition Wages, Salaries, Compensation, Employment Benefits and Other Related Obligations ("Motion for Authority to Pay Pre-Petition Wages"), and in support thereof, respectfully states as follows:

1.      On January 10, 2019 (the "Petition Date"), the Debtor filed a Voluntary Petition for Reorganization under Chapter 11 of the Bankruptcy Code in the Eastern District of Pennsylvania.[1] See [Docket Entry No. 1].

2.      Since that date, the Debtor has continued in the management and operation of its business and property as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

---

[1] The record will be referred to herein by the main docket number captioned above as "[Docket Entry No[s]. ___ ]".

3.      No bankruptcy trustee, examiner or creditors' committee has been appointed in the Debtor's bankruptcy case.

4.      The Debtor and Landlord are parties to a commercial lease agreement that authorizes the operation of a facility manufacturing, distributing and retailing "Chandler" baseball and softball bats (the "Lease Agreement").

5.      To this date, the Debtor has failed to meet all of the requisite post-petition rent obligations mandated under 11 U.S.C. § 365.

6.      On March 1, 2019, the Debtor filed a Motion for Authority to Obtain Post-Petition Financing.  See [Docket Entry No. 42].

7.      On that same date, the Debtor also filed a Motion for Authority to Pay Pre-Petition Wages.  See [Docket Entry No. 43].

8.      At this time, a review of those two Motions clearly demonstrates that the Debtor still has made no provisions to meet its post-petition rent obligations under 11 U.S.C. § 365.

**WHEREFORE**, the Landlord respectfully requests that this Honorable Court enter an Order denying the Debtor authority to **(i)** obtain post-petition financing, **(ii)** pay pre-petition wages, and **(iii)** for such other and further relief as the Court deems just and proper.

**Respectfully submitted,**

**MASCHMEYER MARINAS P.C.**

By:    /s/      *Paul B. Maschmeyer*
       PAUL B. MASCHMEYER
       FRANK S. MARINAS
       350 South Main Street
       Suite 105
       Doylestown, PA  18901
       (610) 296-3325

Dated:    March 5, 2019       Attorneys for the Landlord